# United States District Court

WESTERN DISTRICT OF WASHINGTON

RANDY BENNETT,

      PLAINTIFF

          v.

CITY OF PROT ORCHARD a
municipal corporation and,
MAHER ABED

      DEFENDANT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5004FDB

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X____ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Motion for Summary Judgment on the
Sole Remaining Claim of Age Discrimination [Dkt # 23] is GRANTED,
and this cause of action is DISMISSED with prejudice.

March 6, 2009                                                   BRUCE RIFKIN
                                                                                 Clerk

                                                                                 /s/ Pat LeFrois

                                                                                   Deputy Clerk